People v Baez (2025 NY Slip Op 05696)

People v Baez

2025 NY Slip Op 05696

Decided on October 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
VALERIE BRATHWAITE NELSON
CARL J. LANDICINO
LOURDES M. VENTURA, JJ.

2013-08549
 (Ind. No. 1634/11)

[*1]The People of the State of New York, respondent,
v
Mark Baez, appellant.

Randall D. Unger, Kew Gardens, NY, for appellant, and appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Hannah X. Scotti of counsel), for respondent.
Patricia Pazner, New York, NY (Lynn W. L. Fahey of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 21, 2019 (People v Baez, 175 AD3d 553), modifying a judgment of the Supreme Court, Queens County, rendered July 19, 2013.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
CONNOLLY, J.P., BRATHWAITE NELSON, LANDICINO and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court